The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on January 30, 2019, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: January 30, 2019**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re: | Case No.: 18-17011 |
| **MaryLou Y. Peters AKA MaryLou Young Peters** | Chapter 7 |
| | **Judge Arthur I. Harris** |
| | * * * * * * * * * * * * * * * * |
| Debtor(s). | **ORDER GRANTING MOTION FOR RELIEF FROM STAY AND ABANDONMENT (FIRST MORTGAGE) (DOCKET NO. 9)** |
| | **6479 Meadowbrook Drive, Mentor, OH 44060** |

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by Wells Fargo Bank, N.A. ("Creditor") (Docket 9). Creditor has alleged that good cause for granting the Motion exists, and that MaryLou Y. Peters AKA MaryLou Young Peters ("Debtor"), counsel for the Debtor, the Chapter 7 Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party

18-035856_BEW1

filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Creditor, its successors and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 6479 Meadowbrook Drive, Mentor, OH 44060.

###

**SUBMITTED BY**:

/s/Stephen R. Franks

Stephen R. Franks (0075345)
Edward H. Cahill (0088985)
Adam B. Hall (0088234)
John R. Cummins (0036811)
Karina Velter (94781)
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

Copies to:

Office of U.S. Trustee, Northern District of Ohio, Party of Interest, (Registered address)@usdoj.gov

Sheldon Stein, Chapter 7 Trustee, sstein@epiqtrustee.com(notified by ecf)

Robert J. Delchin, Attorney for MaryLou Y. Peters AKA MaryLou Young Peters, rdelchin@rcbiales.com(notified by ecf)

MaryLou Y. Peters AKA MaryLou Young Peters and Jeffrey C. Peters, 6479 Meadowbrook Drive, Mentor, OH  44060
(notified by regular US Mail)

Lake County Treasurer, 105 Main Street , Painesville , OH  44077
(notified by regular US Mail)

Bank of America, PO Box 982238, El Paso, TX  79998
(notified by regular US Mail)

CitiBank, P.O. Box 15109, Wilmington, DE  19850-5109
(notified by regular US Mail)

Synchrony Bank, PO Box 965007, Orlando, FL  32896
(notified by regular US Mail)