```
                       United States Bankruptcy Court
                          Northern District of Ohio
```

In re:                                                          Case No. 18-17011-aih
MaryLou Y. Peters                                               Chapter 7
        Debtor                   **CERTIFICATE OF NOTICE**

```
District/off: 0647-1        User: nbrow         Page 1 of 1        Date Rcvd: Jun 17, 2019
                            Form ID: 140        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2019.
25759127       +McMahon Coyne Vitantonio,   38001 Euclid Ave,   Willoughby, OH 44094-6101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2019 at the address(es) listed below:
          Robert J. Delchin    on behalf of Debtor MaryLou Y. Peters rdelchin@rcbiales.com,
           bdelchin@oh.rr.com
          Sheldon  Stein    ssteindocs@gmail.com,
           sstein@ecf.axosfs.com;sheldon@steintrustee.com;kristine@steintrustee.com
          Sheldon  Stein    on behalf of Trustee Sheldon  Stein ssteindocs@gmail.com,
           sstein@ecf.axosfs.com;sheldon@steintrustee.com;kristine@steintrustee.com
          Stephen R. Franks    on behalf of Creditor   Wells Fargo Bank, N.A. amps@manleydeas.com
                                                                              TOTAL: 4

# United States Bankruptcy Court
## Northern District Of Ohio
## Notice of Filing Deficiency

**To:** McMahon–Coyne–Vitantonio Funeral Ho          **Case Number:** 18–17011–aih

**Debtor(s):** MaryLou Y. Peters          **Judge:** ARTHUR I HARRIS

**The items marked below are deficient and must be corrected by June 27, 2019, or this matter may be referred to the Judge for further consideration.**

☐ Adversary filing incomplete. Need ☐ Cover Page/Worksheet ☐ Request for Summons ☐ See Comments.

☐ Affidavit needs: ☐ notary seal/stamp/commission expiration ☐ signature ☐ county/state

☐ Attachments/Exhibits: ☐ not filed ☐ incorrect or not relevant to filing

☐ Attorney name block is missing, or does not include attorney's full name, firm, address, telephone number, and attorney registration number.

☐ Case: ☐ closed ☐ dismissed ☐ transferred

☐ Certificate of Service indicating name, address of parties served, and the date of service was not filed.

☐ Certificate of Service – Chapter 13 Plan: Debtor failed to comply with Bankruptcy Rule 3012(b) and Local General Order 17–1, providing the debtor must serve creditor in the manner provided for service of a summons and complaint under Bankruptcy Rule 7004, as well as provide a certificate of service "that includes the date and method of service and the identity by name and address of each entity served, consistent with Local Bankruptcy Rule 9013–3."

☐ Document: ☐ case# incorrect ☐ caption incorrect ☐ Judge incorrect

☐ ECF event used is incorrect. ☐ Resubmit the document using the correct code. See the ECF <u>Search</u> Menu.

☐ Employee income records and/or proof of no income received 60 days preceding case filing were not filed.

☐ Fee due in the amount of $ ☐ Fee deleted by the filer. Resubmit the pleading and pay the fee.

☐ Form B121 required.

☐ Hearing: ☐ notice not filed ☐ time, date, and/or location are incorrect

☐ Installment Application: ☐ dates incorrect ☐ fee incorrect ☐ exceeds 120 day limit

☐ Official Form B423 must be filed, or the case may be closed without the discharge order.

☐ Order Regarding:

☐ Petition: ☐ incorrect Official Form ☐ missing document(s):

☐ Petition for Unclaimed Funds does not comply with LBR 3011–1. Please reference the LBR for guidelines.

   ☐ Proof of deposit is not attached to the petition (e.g., copy of receipt and attached list of parties entitled to funds; unclaimed funds search web page; or other supporting documents).

☐ Exhibit A is not attached   ☐ Full Tax ID/Social Security Number is not attached to Exhibit A

☐ incorrect identification

☐ Signature Declaration missing.

☐ Signature must be:   ☐ original   ☐ /S/ signature for   ☐ attorney   ☐ debtor   ☐ creditor

☐ Other Deficient Matter(s):

**Comments/Instructions**
Proof of Claim form B410 not filed with copies of invoices.

**Deputy Clerk: /s/N Brown Speed**   **Date:** June 17, 2019

**Form:** ohnb140