**Case No. 18–17011–aih**

**In re:**
MaryLou Y. Peters
**Aka** –MaryLou Young Peters
6479 Meadowbrook Drive
Mentor, OH 44060

**Social Security No.:**
xxx–xx–9694

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Sheldon Stein is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** September 25, 2019 /s/ Arthur I. Harris
Form ohnb136 United States Bankruptcy Judge